**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-6011

PHILLIP CLINE,

                    Plaintiff - Appellant,

          v.

D. J. HARMON, Acting Warden; MIKE SNOW, Unit Manager; MR.
THOMPSON; DR. DOMINICK MCLAIN, D.O.; FEDERAL BUREAU OF
PRISONS, All in their official and individual capacities,

                    Defendants - Appellees.

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.   Irene C. Berger,
District Judge. (5:11-cv-00870)

Submitted:  May 23, 2013              Decided:  May 28, 2013

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Phillip Cline, Appellant Pro Se.   Stephen Michael Horn,
Assistant United States Attorney, Charleston, West Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip Cline appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Cline's complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cline v. Harmon, No. 5:11-cv-00870 (S.D.W. Va. Dec. 19, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED